UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HAYLEY NEHER,
                           Plaintiff,

                    20 Civ. 3560 (LGS)
-against-

                    ORDER
COACH LEASING, INC., et al.,
                         Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS the initial pretrial conference in this matter is scheduled for July 2, 2020 (Dkt. No. 4);

    WHEREAS no significant issues were raised in the parties' joint letter or proposed case management plan (Dkt. No. 6). It is hereby

    **ORDERED** that the July 2, 2020, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances and that this order **does not** stay or prolong discovery for the purpose of settlement discussions. It is further

    **ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.

Dated: June 29, 2020
       New York, New York

                                          LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**