UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    HAYLEY NEHER,
                        Plaintiff,

                        20 Civ. 3560 (LGS)

            -against-

                        ORDER

    COACH LEASING, INC., et al.,
                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS the parties' joint status letter, dated August 31, 2020, states that Plaintiff will seek to add Megabus Northeast, LLC ("Megabus") as a defendant (Dkt. No. 11).  It is hereby

       **ORDERED** that by **September 8, 2020**, Plaintiff shall file any motion to amend her Complaint to add Megabus and shall attach to such motion a black line showing changes between her proposed amended Complaint and her current Complaint.  By **September 15, 2020**, Defendants shall file a response, if any.  No reply shall be filed without authorization of the Court.  The parties shall comply with the Court's Individual Rules and Emergency Individual Rules, including the provisions on page limits, exhibits and courtesy copies.

       The parties are reminded that this action was removed from state court based on diversity, and that an LLC has the citizenship of each of its members for diversity jurisdiction purposes. *See Carter v. HealthPort Technologies, LLC*, 822 F.3d 47, 60 (2d. Cir. 2016).


Dated: September 1, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE